**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL HYDROPOWER
ASSOCIATION, *et al.*,

          *Plaintiffs,*

    v.

U.S. FISH AND WILDLIFE SERVICE,
*et al.*,

          *Defendants.*

No. 1:24-cv-02285-SLS

**STATUS REPORT**

The Court held this case in abeyance pending completion of the U.S. Fish and Wildlife Service's and the National Marine Fisheries Service's ("Services") rulemaking relating to the Endangered Species Act's interagency consultation regulations. *See* Memorandum Opinion, ECF No. 26. The Court also ordered Defendants to file status reports on the rulemaking every sixty days. *See* Order, ECF No. 27. In accord, Defendants provide the following status update, which has not changed since the prior report (ECF 31):

    1.    When seeking a stay, the Services anticipated submitting a final rule for publication to the Office of the Federal Register by October 31, 2026. ECF 19-1 ¶ 10; ECF No. 19-2 ¶ 10.

    2.    Consistent with this timeline, the Services published the proposed interagency consultation regulation in the Federal Register on November 21,

2025. *See* Proposed Rule, 90 Fed. Reg. 52600 (Nov. 21, 2025). The public comment period for the proposed rule has closed.

3.    The Services are considering public comments and working to complete the rulemaking process. Currently, the Services believe they are on track to transmit a final rule for publication to the Office of the Federal Register by no later than October 31, 2026.


DATED: June 1, 2026                    ADAM R.F. GUSTAFSON
                                       Principal Deputy Assistant Attorney General

                                       */s/ Michael R. Eitel*
                                       MICHAEL R. EITEL
                                       Acting Assistant Chief
                                       U.S. Department of Justice
                                       Environment & Natural Resources Division
                                       Wildlife & Marine Resources Section
                                       999 18th Street, North Terrace 600
                                       Denver, Colorado 80202
                                       Tel: 303-844-1479
                                       Email: Michael.Eitel@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that on June 1, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Michael R. Eitel*

2