**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL HYDROPOWER ASSOCIATION, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>    *Defendants.* | No. 1:24-cv-02285-SLS |

**STATUS REPORT**

The Court held this case in abeyance pending completion of the U.S. Fish and Wildlife Service's and the National Marine Fisheries Service's ("Services") rulemaking relating to the Endangered Species Act's interagency consultation regulations. *See* Memorandum Opinion, ECF 26. The Court also ordered Defendants to file status reports on the rulemaking every sixty days. *See* Order, ECF 27. In accord, Defendants provide the following status update:

1.    When seeking a stay, the Services anticipated submitting a final rule for publication to the Office of the Federal Register by October 31, 2026. ECF 19-1 ¶ 10; ECF 19-2 ¶ 10.

2.    Consistent with this timeline, the Services published the proposed interagency consultation regulation in the Federal Register on November 21, 2025. *See* Proposed Rule, 90 Fed. Reg. 52600 (Nov. 21, 2025). The public comment period for the proposed rule has closed.

3.      The Services are working to complete the rulemaking process. The draft final rule is pending review at the Office of Information and Regulatory Affairs.[1] Currently, the Services believe they are on track to transmit a final rule for publication to the Office of the Federal Register by no later than October 31, 2026.


DATED: August 3, 2026          ADAM R.F. GUSTAFSON
                               Principal Deputy Assistant Attorney General

                               */s/ Michael R. Eitel*
                               MICHAEL R. EITEL
                               Assistant Section Chief
                               U.S. Department of Justice
                               Environment & Natural Resources Division
                               Wildlife & Marine Resources Section
                               999 18th Street, North Terrace 600
                               Denver, Colorado 80202
                               Tel: 303-844-1479
                               Email: Michael.Eitel@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that on August 3, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Michael R. Eitel*

---

[1] https://www.reginfo.gov/public/do/eoDetails?rrid=1475162.